**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-2264**

CAROLYN BLAKE BROWN,

Plaintiff - Appellant,

v.

FIRST COMMUNITY BANK,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Senior District Judge. (7:18-cv-00404-GEC)

Submitted: July 30, 2020                    Decided: August 7, 2020

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas E. Strelka, Brittany M. Haddox, STRELKA LAW OFFICE, PC, Roanoke, Virginia, for Appellant. Monica Taylor Monday, Paul Granger Klockenbrink, GENTRY LOCKE, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Blake Brown appeals the district court's orders denying her motion to compel testimony and reopen deposition and granting First Community Bank summary judgment on Brown's discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2018); the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634 (2018); and 42 U.S.C. § 1981 (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. First Cmty. Bank*, No. 7:18-cv-00404-GEC (W.D. Va. Sept. 16, 2019; Oct. 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*